NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CAJUN SERVICES UNLIMITED, LLC, DBA SPOKED MANUFACTURING, T2 TOOLS & DESIGN, LLC, SHANE TRICHE, HEATH TRICHE,**
*Plaintiffs-Appellees*

**v.**

**BENTON ENERGY SERVICE COMPANY, DBA BESCO TUBULAR,**
*Defendant-Appellant*

_____

2020-1997

_____

Appeal from the United States District Court for the Eastern District of Louisiana in Nos. 2:17-cv-00491-BWA-JCW, 2:18-cv-05630-BWA-JCW, 2:18-cv-05932-BWA-JCW, Judge Barry W. Ashe.

_____

**JUDGMENT**

_____

GEORGE THEODORE SCOTT, Scott Law Group LLP, Evergreen, CO, argued for plaintiffs-appellees. Also represented by WALTER JAMES SCOTT, JR.; TORI SHERER BOWLING, Keogh, Cox & Wilson, Ltd., Baton Rouge, LA.

ROBERT DEVIN RICCI, Kean Miller LLP, New Orleans,

LA, argued for defendant-appellant. Also represented by ROBERT MICHAEL KALLAM, Lafayette, LA; LAUREN J. RUCINSKI, Baton Rouge, LA; CHRISTOPHER RIVIERE, Riviere Abel, PLC, Thibodaux, LA.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 9, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |